# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

YVONDRIA DAVIS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,

    Defendant.

Civil Action No. 7:11-CV-76 (HL)

## ORDER

The Recommendation (Doc. 17) of United States Magistrate Judge Thomas Q. Langstaff is before the Court. Judge Langstaff recommends that the Commissioner's decision be affirmed pursuant to Sentence Four of § 405(g).

Plaintiff has filed objections to the Recommendation. She raises objections with regard to her asthma and mental impairments. Upon review, the Court finds that Plaintiff's objections are without merit. Specifically with respect to the asthma, even if the ALJ did not directly address Listing 3.03B, the Court has reviewed Plaintiff's medical records and finds that she does not meet the requirements of 3.03B. The Court accepts and adopts the Recommendation. The Commissioner's decision is affirmed pursuant to Sentence Four of § 405(g).

**SO ORDERED**, this the 11th day of September, 2012.

        *s/ Hugh Lawson*
        **HUGH LAWSON, SENIOR JUDGE**

mbh